*Jackson Circuit.*

## THE PEOPLE

### vs.

## FRIEND VAN EVERY,
## VINA DUTTON AND
## JAMES RANNEY.

*Complaint—Date of Committal of Offense—Belief of Affiant—Jurisdiction.*

Information for larceny.

Defendants moved to quash the information on two grounds, viz:

1.—Because the complaint before the justice did not state the year in which the alleged crime was committed.

People vs. Gregory, 31 Mich., 371.

The year was correctly stated in the warrant.

2.—Because the complaint charged the crime upon affiant's belief, and not upon his knowledge.

People vs. Heffron, 19 N. W. Rep., 170.

No fault was found with the information as framed, but defendants insisted that the court acquired no jurisdiction under the complaint made before the justice.

The Court, GRIDLEY, J., Held: That the proceedings were sufficiently regular to confer jurisdiction, and denied the motion.

(May, 1884.)

*Frank Hewlett*, Prosecuting Attorney, for the People.

*A. E. Hewett* for Defendants.